# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| MOBOLAJI TINA STEWART | ) |
| a/k/a "Tina", Kemi" and "Susan" | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  SEE ATTACHED AFFIDAVIT  in the county of _____ in the
_____ District of  COLUMBIA , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1347 | Health Care Fraud |
| 18 U.S.C. § 1035 | Health Care False Statement |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andre L. Jacobs II
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/12/2018

_____
*Judge's signature*

City and state:  WASHINGTON, DC    ROBIN M. MERIWEATHER, MAGISTRATE JUDGE
*Printed name and title*